UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES N SCHWARTZ, JAMES R
VOLKERT and GEORGE W GILES,

    Petitioners,

v.                                              Case No: 2:18-cv-105-FtM-38CM

DEX MEDIA, INC.,

    Respondent.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiffs' Response (Doc. 26) to Defendant's Motion to Sever Plaintiff George Giles (Doc. 17). The Court directs Defendant to file a reply to Plaintiffs' Response on or before **April 23, 2018**. The reply should be no more than seven pages in length and address the Plaintiffs' choice of law analysis.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of April, 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.